JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/18/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MONICA BRIDGET FOLEY, an individual, | No. 2: 18-cv-07683 FMO (ASx) |
| Plaintiff, | **ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |
| v. | Honorable Fernando M. Olguin |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS ORDERED that pursuant to the parties' stipulation, the above-captioned action is dismissed with prejudice, in its entirety, pursuant to Rules 41(a)(2) of the Federal Rules of Civil Procedure, each side to bear their own costs, fees, and expenses.

IT IS SO ORDERED.

October 18, 2019

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge

1